No. 231. THIBAUT ET AL. *v.* CAR & GENERAL INSURANCE CORP., LTD. *Per Curiam:* The petition for a writ of certiorari is granted. The judgment of the Circuit Court of Appeals is reversed and the cause is remanded to the District Court. *Fred G. Benton* for petitioners.